UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS RIOS COMMUNITY DISTRICT COLLEGE,<br><br>    Defendant. | No.  2:23-cv-00260-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 24, 2023 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty one days.  (ECF No. 3.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 24, 2023 (ECF No. 3), are ADOPTED IN FULL; and

1

2. All claims against all Defendants are DISMISSED with prejudice;

3. The Clerk of Court is directed to close the case.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge

2